**DICKSON v. RUCHO**

[367 N.C. 209 (2013)]

MARGARET DICKSON, ET AL. )
)
v. )
)
)
ROBERT RUCHO, ET AL. )
NORTH CAROLINA STATE )
CONFERENCE OF BRANCHES ) Wake County
OF THE NAACP, ET AL. )
)
)
v. )
)
)
THE STATE OF NORTH )
CAROLINA, ET AL. )

No. 201PA12-2

## ORDER

Upon consideration of Plaintiff-Appellants' Motion For Enlargement Of Time For Oral Argument, the Court orders that each side shall have forty-five minutes for oral argument to be divided among the parties as they see fit.

By order of the Court in Conference, this 4th day of December, 2013.

s/ Beasley, J.
For the Court